**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronald Kyle VIVERETTE,
Defendant–Appellant.**

No. 15–7113.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 23, 2015.

Ronald Kyle Viverette, Appellant Pro Se. Shailika S. Kotiya, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Kyle Viverette appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Viverette,* No. 5:11–cr–00220–BO–1 (E.D.N.C. June 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*